UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. C 13-011 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| OAKLAND POLICE DEPT.; et al., | |
| Defendants. | |

The clerk shall terminate the "motion to identify crimes" filed by plaintiff on January 2, 2015. Docket # 44. The document was simply responding to the court's request for information as to the outcome of the criminal proceedings against plaintiff, and did not request any court action.

IT IS SO ORDERED.

Dated: February 27, 2015

_____
SUSAN ILLSTON
United States District Judge