BARBARA J. PARKER, City Attorney - SB #069722
OTIS MCGEE, JR., Chief Assistant City Attorney - SB #71885
ARLENE M. ROSEN, Senior Deputy City Attorney - SB #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392     Fax: (510) 238-6500
arosen@oaklandcityattorney.org
29234/1611541

Attorneys for Defendants
CITY OF OAKLAND, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., <br><br> Plaintiff, <br><br> v. <br><br> OAKLAND POLICE DEPARTMENT, et al. <br><br> Defendant(s). | Case No. C-13-011 SI <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

   The parties to the captioned matter, by and through their respective counsel, hereby stipulate and respectfully request the Court continue the Case Management Conference presently set for April 10, 2015 to **May 1, 2015** at 3:00 p.m., with case management statements due no later than one week before the case management conference.

   Good cause exists for this continuance, as counsel for defendant City of Oakland (erroneously sued as Oakland Police Department) has a scheduling conflict on the currently

scheduled date.

DATED: April 1, 2015

BARBARA J. PARKER, City Attorney
OTIS MCGEE, JR., Chief Assistant City Attorney
ARLENE M. ROSEN, Senior Deputy City Attorney

By: ___/s/_____
Attorneys for Defendant
CITY OF OAKLAND

DATED: April 1, 2015

HASSARD BONNINGTON, LLP

By: ___/s/_____
Attorneys for Defendant
TERRENCE H. LIU, M.D.

DATED: April 1, 2015

DECHERT LLP

By ___/s/_____
Attorneys for Plaintiff
DENNIS LAMAR JAMES, JR.

## ORDER

GOOD CAUSE BEING SHOWN, the case management conference presently set for April 10, 2015 is hereby continued to **May 1, 2015 at 3:00 p.m.** Case management statements shall be filed no later than one week before the case management conference.

DATED: 4/1/15

_____
UNITED STATES DISTRICT JUDGE