UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. C 13-011 SI (pr) |
| Plaintiff, | |
| v. | |
| OAKLAND POLICE DEPT.; et al., | |
| Defendants. | |
| _____/ | |
| DENNIS LAMAR JAMES, JR., | No. C 13-1092 SI |
| Plaintiff, | **ORDER DETERMINING PLAINTIFF MAY REPRESENT HIMSELF AND LIFTING STAY** |
| v. | |
| HAYWARD POLICE DEPARTMENT; et al., | |
| Defendants. | |
| _____/ | |

In January, 2015, this Court referred these *pro se* matters for appointment of counsel, for the limited purpose of representing plaintiff in connection with proceedings to determine whether to appoint a conservator/guardian *ad litem* to represent plaintiff pursuant to Federal Rule of Civil Procedure 17. Appointed counsel have now reported to the Court that their evaluation suggests that plaintiff is competent to proceed, and that there appears to be no need for conservator or guardianship proceedings. Defense counsel do not disagree. Based on the statements in the case management conference statement filed on April 24, 2015, and counsel's representations at the case management conference, the court now determines that appointment

of a conservator or guardian *ad litem* for plaintiff under Rule 17 is not necessary. Plaintiff will be permitted to continue representing himself in this action.

Counsel was appointed to represent plaintiff for a limited purpose that has now concluded. The court appointed the attorneys as "counsel for plaintiff in connection with proceedings to determine whether to appoint a conservator/guardian *ad litem* to represent him pursuant to Federal Rule of Civil Procedure 17. The appointment will terminate with the conclusion of those proceedings unless (a) counsel is permitted to withdraw or substitute out before the conclusion of those proceedings or (b) counsel requests appointment for further proceedings." Docket # 36 in Case No. C 13-011 SI, and Docket # 30 in Case No. C 13-1092 SI. Those proceedings have now concluded and counsel has not requested appointment for further proceedings. Accordingly, the representation of plaintiff by attorneys Stephen Akerley, James Hovard and James Ragon of Dechert LLP has concluded. **From this point forward, plaintiff will be representing himself and must file all his own papers. In each action, defense counsel must from this point forward serve all papers directly on plaintiff, rather than on the attorneys whose representation has concluded.**

The stay of these two cases is now LIFTED. The court will set a briefing schedule in each case, as they no longer need to be linked together.

IT IS SO ORDERED.

Dated: May 5, 2015

_____
SUSAN ILLSTON
United States District Judge

2