UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. C 13-011 SI (pr) |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| OAKLAND POLICE DEPT.; et al., | |
| Defendants. | |

In this *pro se* civil rights action, plaintiff has sued several Oakland police officers and the City of Oakland for the use of excessive force during his arrest on February 19, 2012, and has sued several doctors for deliberate indifference to his medical needs during his hospital visit after his arrest. In a separate order filed today, the court has lifted the stay of this action that has been in place since July 1, 2014. *See* Docket # 39. It is now time to resume efforts toward the resolution of plaintiff's claims.

At the time this action was stayed, several things were in progress: First, plaintiff needed to file an amended complaint with regard to the claim against Dr. English, Dr. Adler, and Dr. Kang (collectively, the "doctor-defendants") because the court had granted their motion to dismiss for failure to state a claim. Second, Dr. Liu had filed a motion for summary judgment as to which plaintiff had not yet filed an opposition. Third, the law enforcement defendants had filed an answer but had not yet filed a dispositive motion. The court now sets the following schedule, with the amendment to the complaint due first because it requires little or no legal research:

A.  Amendment to Complaint:

1.  The clerk will send to plaintiff a copy of the order of service, the "order (1) granting doctor-defendants' motion to dismiss and (2) addressing scheduling matters," and his complaint. Docket # 6, # 35 and # 38.

2.  No later than **June 5, 2015,** plaintiff must file an amendment to his complaint, in which he cures the deficiencies discussed in the order granting the doctor-defendants' motion to dismiss, Docket # 35.  Plaintiff should file an <u>amendment</u> to his complaint rather than an <u>amended</u> complaint because he only needs to fix one part of the complaint. An amendment to the complaint will be read together with the complaint, whereas an amended complaint would supersede the original complaint and any claim not repeated therein would be dismissed. Failure to file an amendment by the deadline will result in the dismissal of Dr. English, Dr. Adler, and Dr. Kang.

B.  Dr. Liu's Motion For Summary Judgment

1.  No later than **May 18, 2015**, Dr. Liu must file and serve his motion for summary judgment.[1]  At the time he serves his motion for summary judgment, Dr. Liu must also serve on plaintiff (but need not file with the court) a copy of each and every statute, rule and case cited in his memorandum of points and authorities in support of his motion for summary judgment.

2.  No later than **June 26, 2015**, plaintiff must file and serve on defense counsel his opposition to Dr. Liu's motion for summary judgment.  In preparing his opposition, plaintiff is cautioned to read the notice and warning about motions for summary judgment at pages 5-6 of the order of service.

3.  No later than **July 10, 2015**, Dr. Liu must file and serve his reply brief, if any.

---

[1] Upon staying this action, the court dismissed Dr. Liu's motion for summary judgment without prejudice to Dr. Liu refiling it after the stay was lifted. *See* Docket # 39 at 2-3.  For docketing purposes, he needs to file the motion again, even if it is a copy of the originally-filed motion.

2

C. <u>Law Enforcement Defendants' Dispositive Motion</u>

1. No later than **June 26, 2015**, the law enforcement defendants (including the municipality) must file and serve their motion for summary judgment. At the time they serve their motion for summary judgment, the law enforcement defendants must also serve on plaintiff (but need not file with the court) a copy of each and every statute, rule and case cited in their memorandum of points and authorities in support of his motion for summary judgment.

2. No later than **July 31, 2015**, plaintiff must file and serve on defense counsel his opposition to the law enforcement defendants' motion for summary judgment.

3. No later than **August 14, 2015**, Dr. Liu must file and serve his reply brief, if any.

IT IS SO ORDERED.

Dated: May 5, 2015

_____
SUSAN ILLSTON
United States District Judge

3