UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES,<br><br>   Plaintiff,<br><br>   v.<br><br>OAKLAND POLICE DEPARTMENT, et al.,<br><br>   Defendants. | Case No. 13-cv-00011-SI<br><br>**JUDGMENT IN FAVOR OF DEFENDANT TERRENCE H. LIU** |

Summary judgment has been entered in favor of defendant Dr. Terrence H. Liu, and the Court has found no just cause for delay in entry of judgment. Accordingly, judgment is now entered in favor of Dr. Terrence H. Liu and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 28, 2015

_____
SUSAN ILLSTON
United States District Judge