UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>OAKLAND POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 13-cv-00011-SI<br><br>**ORDER DENYING REQUEST FOR FURTHER EXTENSION OF DEADLINE**<br><br>Re: Dkt. No. 99 |

    On April 1, 2016, the court issued an order extending deadlines. It is not clear whether plaintiff received that order because, on April 7, 2016, he sent a request for an extension of a deadline that the court already had extended. That is, plaintiff sought an extension of the April 11, 2016 filing deadline for his opposition to the law enforcement defendants' motion for summary judgment, but the court already had extended that deadline to May 5, 2016. Plaintiff has not shown a sufficient reason to further extend the deadline. Plaintiff reports that he currently is out of custody. Now that plaintiff is out of custody, there is no need for the 60-day extension of the deadline he requests. If he wants to contact a legal help center, he should do so promptly. His suggestion that he might want to do discovery does not warrant any further delay in the briefing schedule because he has had many months to do discovery, does not identify what discovery remains to be done or explain why he has not yet done it, and does not identify the particular evidence he will obtain to avoid summary judgment. Plaintiff's request to further extend the extended deadline for his opposition to the law enforcement defendants' motion for summary

judgment is DENIED. Docket No. 99. Plaintiff's opposition to the law enforcement defendants' motion for summary judgment remains due on May 5, 2016.

**IT IS SO ORDERED**.

Dated: April 13, 2016

_____
SUSAN ILLSTON
United States District Judge