UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES,<br><br>    Plaintiff,<br><br>    v.<br><br>OAKLAND POLICE DEPARTMENT; et al.,<br><br>    Defendants. | Case No. 13-cv-00011-SI<br><br>**JUDGMENT** |

Judgment is now entered against plaintiff and in favor of all defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 20, 2016

_____
SUSAN ILLSTON
United States District Judge